1  ALEXANDER G. CALFO (SBN 152891)
   *alexander.calfo@btlaw.com*
2  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   *gabrielle.anderson-thompson@btlaw.com*
3  SARAH E. JOHNSTON (SBN 259504)
   *sarah.johnston@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California 90067
   Telephone:    (310) 284-3880
6  Facsimile:     (310) 284-3894

7  JAMES F. MURDICA (Admitted *pro hac vice*)
   *jfmurdica@pbwt.com*
8  **PATTERSON BELKNAP WEBB & TYLER LLP**
   1133 Avenue of the Americas
9  New York, New York 10036
   Telephone:    (212) 336-2921
10 Facsimile:     (212) 336-2222

11 Attorneys for Defendants
   JOHNSON & JOHNSON; JANSSEN RESEARCH &
12 DEVELOPMENT, LLC (formerly known and incorrectly
   named as "Johnson & Johnson Pharmaceutical Research &
13 Development, LLC"); JANSSEN PHARMACEUTICALS,
   INC. (formerly known and incorrectly named as "Ortho-
14 McNeil-Janssen Pharmaceuticals, Inc."); MCKESSON
   CORPORATION
15

16              **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18

19 | SIMON LAMPARD; KIMBERLY          | **Case No. 3:14-CV-04983-VC**
   | ALBRING; MELANIE CHATELAIN;      |
20 | PAUL CLARK; CHARLES CURRY;       | **STIPULATION AND [~~PROPOSED~~]**
   | DANIELLE FEMINE; SUSAN GALATI;   | **ORDER TO CONTINUE HEARING ON**
21 | VICTORIA HUFF; BENJAMIN KEMP;    | **DEFENDANTS' MOTION TO TRANSFER**
   | MAUREEN NICKOL; KARA POWERS,     | **VENUE**
22 | OLGA SPIEGEL;                    |
   |                                  | *[Filed concurrently with Declaration of Sarah*
23 |              Plaintiff,          | *E. Johnston]*
   |                                  |
24 |          vs.                     | *[Assigned to Hon. Vince Chhabria]*
   |                                  |
25 | JOHNSON & JOHNSON; JOHNSON &     |
   | JOHNSON PHARMACEUTICAL           |
26 | RESEARCH & DEVELOPMENT, L.L.C.;  |
   | ORTHO-MCNEIL-JANSSEN             |
27 | PHARMACEUTICALS, INC.; DOES 1-   |
   | 50; and McKESSON CORPORATION;    |
28

                                                           1

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO
TRANSFER VENUE

1

2          Defendants.

3

4

5          IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES

6   THAT:

7          1.     At a Case Management Conference on February 10, 2015 this Court set a hearing

8   on Defendants' Motion to Transfer Venue for April 2, 2015 at 10:00 a.m. in Dept. 17 of the

9   above-entitled Court, in the following cases:

10                 a.   *Karyn Joy Grossman v. Johnson & Johnson, et al.*, Case No. 3:14-CV-03557-

11                      VC[1];

12                 b.   *Simon Lampard, et al. v. Johnson & Johnson, et al.*, Case No. 3:14-CV-04983-

13                      VC; and

14                 c.   *Geraldine Beverly v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05246-VC.

15         2.     Following the Case Management Conference, Defendants' counsel learned of a

16  conflict on April 2, 2015 which would prevent attendance at the hearing on April 2, 2015 (*see*

17  Declaration of Sarah E. Johnston at ¶ 3);

18         3.     The Parties agree that the Motion to Transfer Venue can be heard on April 9, 2015

19  at 10:00 a.m. in ~~Department 17~~ Courtroom 4 of the above-entitled Court, in accordance with Judge Chhabria's

20  civil law and motion rules;

21         4.     No other scheduling modifications have been issued on this Motion, either by

22  stipulation or by Court order.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  _____
    [1] The instant Stipulation applies to the *Lampard* action, but identical Stipulations will be filed in all three actions.

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO
TRANSFER VENUE

1    IT IS SO STIPULATED.

2

3    Dated:   February 23, 2015          **BARON & BUDD, P.C.**

4

5                                        By:  /s/ Thomas Sims
                                             Thomas Sims
6                                            Attorneys for Plaintiffs

7    Dated:   February 23, 2015          **BARNES & THORNBURG LLP**

8

9                                        By: /s/ Sarah E. Johnston
                                             Alexander G. Calfo
10                                           Gabrielle J. Anderson-Thompson
                                             Sarah E. Johnston
11                                           Attorneys for Defendants
                                             JOHNSON & JOHNSON; JANSSEN
12                                           RESEARCH & DEVELOPMENT, LLC;
                                             JANSSEN PHARMACEUTICALS, INC.;
13                                           McKESSON CORPORATION

14

15

16              **Attestation Pursuant to Civil Local Rule 5.1(i)**

17        Pursuant to Civil Local Rule 5.1(i), I, Sarah E. Johnston, hereby attest that I have obtained
18   concurrence in the filing of this document from the other signatories to this document.

19        I declare under penalty of perjury under the law of the United States of America that the
     foregoing is true and correct. Executed on February 23, 2015 at Los Angeles, California .
20

21                                           /s/ Sarah E. Johnston
22                                           Sarah E. Johnston

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

1

## [~~PROPOSED~~] ORDER

2

3        Having read and considered the Parties' Stipulation and [Proposed] Order to Continue

4 Hearing on Defendants' Motion to Transfer Venue and accompanying Declaration of Sarah E.

5 Johnston, PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7 Dated:   February 25, 2015

8

9        _____
         The Honorable Vince Chhabria
         United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO
TRANSFER VENUE