1 ALEXANDER G. CALFO (SBN 152891)
  alexander.calfo@btlaw.com
2 SARAH E. JOHNSTON (SBN 259504)
  sarah.johnston@btlaw.com
3 **BARNES & THORNBURG LLP**
  2029 Century Park East, Suite 300
4 Los Angeles, California 90067
  Telephone:    (310) 284-3880
5 Facsimile:    (310) 284-3894

6 JAMES F. MURDICA (Admitted *pro hac vice*)
  jfmurdica@pbwt.com
7 **PATTERSON BELKNAP WEBB & TYLER LLP**
  1133 Avenue of the Americas
8 New York, New York 10036
  Telephone:    (212) 336-2921
9 Facsimile:    (212) 336-2222

10 Attorneys for Defendants
   JOHNSON & JOHNSON; JANSSEN RESEARCH &
11 DEVELOPMENT, LLC (formerly known and incorrectly
   named as "Johnson & Johnson Pharmaceutical Research &
12 Development, LLC"); JANSSEN PHARMACEUTICALS,
   INC. (formerly known and incorrectly named as "Ortho-
13 McNeil-Janssen Pharmaceuticals, Inc."); MCKESSON
   CORPORATION

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  SIMON LAMPARD; KIMBERLY ALBRING; MELANIE CHATELAIN; 19  PAUL CLARK; CHARLES CURRY; DANIELLE FEMINE; SUSAN GALATI; 20  VICTORIA HUFF; BENJAMIN KEMP; MAUREEN NICKOL; KARA POWERS; 21  OLGA SPIEGEL; 22            Plaintiff, 23       vs. 24  JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL 25  RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN 26  PHARMACEUTICALS, INC.; DOES 1-50; and McKESSON CORPORATION; 27            Defendants. | Case No. 3:14-CV-04983-VC  **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**  *[Filed concurrently with Declaration of Sarah E. Johnston]*  *[Assigned to Hon. Vince Chhabria]* |

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1                                    3:14-CV-04983-VC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

1. A Case Management Conference has been set for May 19, 2015, at 10:00 a.m. in Courtroom 4 of the above entitled Court, in the following cases (Dkt. 44):

   a. *Simon Lampard v. Johnson & Johnson, et al.*, Case No. 3:14-CV-04983-VC[1];

   b. *Sheila Ellis v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05669-VC;

   c. *Windy Garland v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05440-VC; and

   a. *Donna Pritchard v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05593-VC;

2. Defendants' counsel is unable to attend the conference on May 19, 2015 because of a conflicting hearing in Los Angeles that day (*see* Declaration of Sarah E. Johnston at ¶ 3);

3. The Parties agree that the Case Management Conference currently set for May 19, 2015, at 10:00 a.m. shall be continued to June 9, 2015 at 10:00 a.m. in Courtroom 4 of the above-entitled Court;

IT IS SO STIPULATED.

Dated: May 1, 2015                                        **BARON & BUDD, P.C.**

                                                          By: /s/ Thomas Sims
                                                          Thomas Sims
                                                          Attorneys for Plaintiffs

---

[1] The instant Stipulation applies to the *Lampard* action, but identical Stipulations will be filed in all four actions.

ATTORNEYS AT LAW
LOS ANGELES

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Dated: May 1, 2015            **BARNES & THORNBURG LLP**

By: /s/ Sarah E. Johnston
    Alexander G. Calfo
    Sarah E. Johnston
    Attorneys for Defendants
    JOHNSON & JOHNSON; JANSSEN
    RESEARCH & DEVELOPMENT, LLC;
    JANSSEN PHARMACEUTICALS, INC.;
    McKESSON CORPORATION

### Attestation Pursuant to Civil Local Rule 5.1(i)

Pursuant to Civil Local Rule 5.1(i), I, Sarah E. Johnston, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on April 30, 2015 at Los Angeles, California .

                 /s/ Sarah E. Johnston
                 Sarah E. Johnston

## [PROPOSED] ORDER

Having read and considered the Parties' Stipulation and [Proposed] Order to Continue Case Management Conference and accompanying Declaration of Sarah E. Johnston,

PURSUANT TO STIPULATION, the Court hereby sets the Case Management Conference to June 9, 2015 at 10:00 a.m. in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 4, 2015

_____
The Honorable Vince Chhabria
United States District Court Judge